[Crim. No. 1647. First Appellate District, Division One.—December 7, 1931.]

In the Matter of the Application of JOHN S. CINNAMOND for a Writ of Habeas Corpus.

Joseph M. Trusty for Petitioner.

No appearance for Respondent.

THE COURT.—Petition for writ of *habeas corpus.*
Application denied for the reason that the petitioner had failed to attach to his petition any of the record upon which the trial court acted. It will be presumed, in the absence of any showing to the contrary, that the court acted within its jurisdiction with due regard to the parties. (*Goodrich* v. *Superior Court,* 92 Cal. App. 695 [268 Pac. 669]; *Brune* v. *Superior Court,* 113 Cal. App. 21 [297 Pac. 566].)